ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 3 2006

at 4 o'clock and 40 min. P M
SUE BEITIA, CLERK

LODGED

NOV 0 3 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

BARRY A. SULLIVAN           5865-0
K. BARTLETT DURAND, JR.     7744-0
Bickerton Saunders Dang & Sullivan
801 Fort Street Tower
Topa Financial Center
745 Fort Street
Honolulu, Hawai'i 96813
Telephone: (808) 599-3811
Telecopier: (808) 533-2467
Email: sullivan@bsds.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOHN KEALOHA KAI VETTERLI, ) | CIVIL NO. 04-00381 SOM KSC |
| ) | |
| Plaintiff, ) | STIPULATION FOR DISMISSAL |
| ) | WITH PREJUDICE OF ALL CLAIMS |
| vs. ) | AND PARTIES |
| ) | |
| CHRISTOPHER R. FOLEY, ) | |
| ) | |
| Defendant. ) | Trial: Vacated |
| ) | |

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED, by and between all appearing parties herein, by their respective counsel, that the above-entitled action is hereby dismissed with prejudice as to all claims and all parties, pursuant to Rule 41(a)(1)(ii).

Each party to bear its own costs and fees.

Trial date was vacated.

There are no other parties and/or issues which remain to be resolved or dealt with in this case.

DATED: Honolulu, Hawaii, November 2, 2006.

_____
BARRY A. SULLIVAN
K. BARTLETT DURAND, JR.
Attorneys for Plaintiff

_____
ARTHUR F. ROECA
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

John Kealoha Kai Vetterli v. Christopher R. Foley; United States District Court, Civil No. 04-00381 SOM KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER.